JS-6
FILED
CLERK, U.S. DISTRICT COURT
MAR 31 2010
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

1 STEVEN G. ROSALES
ATTORNEY AT LAW 222224
2 LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
3 SANTA FE SPRINGS, CALIFORNIA 90670-4712

4 TEL: 562/868-5886
FAX: 562/868-5491
5 E-MAIL: steven_rohlfing.office@msn.com

6 Attorney for plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA EDWARDS, | Case No.: CV 09-06651 AN |
| Plaintiff, | (~~PROPOSED~~) ORDER |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner Social Security, | |
| Defendant | |

TO THE HONORABLE ARTHUR NAKAZATO, MAGISTRATE JUDGE OF THE DISTRICT COURT:

///

///

///

///

///

-1-

1     IT IS HEREBY ORDERED, based on the stipulation by and between the
2 parties, through their respective counsel, that the court dismisses the above matter
3 without prejudice. Each side to bear her own costs and expenses, including but not
4 limited to attorney's fees. Any other pending motions are denied
5 as moot.

6

7     IT IS SO ORDERED.
8 DATE: March 31, 2010

9

10     THE HONORABLE ARTHUR NAKAZATO
11     UNITED STATES MAGISTRATE JUDGE